RECEIVED
MAR 13 2002
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No.: 02-395JMR FLN

Angela M. Marbles,

Plaintiff,

vs.

Minneapolis, a municipality and
Orester Hollie, individually,

Defendants.

**STIPULATION AND ORDER**

The parties to the above-entitled matter hereby stipulate and agree that the defendants in the above matter shall have until April 15, 2002 to submit an Answer to the Complaint filed by the Plaintiff.

Dated: 3/8/02

Stephen C. ~~Fiberger~~ Fiebiger
Attorney Reg. No.149664
2500 West County Rd.42 Ste.106
Burnsville, MN 55337
Attorney for Plaintiff

Dated: 3/12/02

JAY M. HEFFERN
City Attorney
By

James A. Cunningham Jr.
Attorney Reg. No. 262262
333 South 7th Street, Ste 300
Minneapolis, MN 55402
Attorneys for Defendants

**ORDER**

Based on the forgoing stipulation, it is hereby ordered that defendants have until April 15, 2002 to answer the Complaint.

Magistrate Judge

FILED MAR 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________