**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Case No.: 02-395J JEL/AJB**

Angela M. Marbles,

Plaintiff,

Vs.

**STIPULATION AND ORDER**

City of Minneapolis, a municipality and
Orester Hollie, individually,

Defendants.

---

The parties to the above-entitled matter hereby stipulate and agree to extend the time until July 1, 2002 for both defendants to serve and file amended answers to Plaintiff's complaint.

Dated: June 25, 2002

Stephen C. Fiebiger
Attorney Reg. No. 149664
2500 West County Rd. 42 Ste. 106
Burnsville, MN 55337
Attorney for Plaintiff

Dated: June 25, 2002

Lucinda E. Jesson
Attorney Reg. No. 15085X
413 Wacouta Street, Ste. 550
Saint Paul, MN 55101
Attorney for Orester Hollie

Dated:

JAY M. HEFFERN
City Attorney
By

6/25/02

James A. Cunningham Jr.
Attorney Reg. No. 262262
333 South 7th Street, Ste. 300
Minneapolis, MN 55402
Attorney for the City of Minneapolis

FILED 6-27-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**ORDER**

Based on the forgoing stipulation, it is hereby ordered that defendants have until July 1st, 2002 to file amended answers to Plaintiff's complaint.

Magistrate Judge