**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Angela M. Marbles,**

**Plaintiff,**

**v.**

**City of Minneapolis, a municipality, and Orester Hollie, individually,**

**Defendants.**

**Court File No.: 02-395 (JMR/FLN)**

**STIPULATION FOR DISMISSAL**

---

It is hereby stipulated and agreed by and between the parties, through their respective counsel, that Plaintiff's Complaint in the above entitled action may be dismissed with prejudice pursuant to Rule 41 (a)(1), Federal Rules of Civil Procedure, and that the Court may enter and file the following Order.

Dated: 11/22/02

JAY M. HEFFERN
City Attorney
By
PETER W. GINDER
Assistant City Attorney
Attorney for Defendant
City of Minneapolis
Attorney Reg. No. 35099
333 South Seventh Street, Suite 300
Minneapolis, MN 55402-2453
(612) 673-2478

Dated: 11/22/02

STEPHEN C. FIEBIGER
Attorney Reg. No.
Attorney for Plaintiff
2500 West County Road 42, Suite 106
Burnsville, MN 55337

Dated: 11/25/02

LUCINDA E. JESSON
Attorney Reg. No.
Attorney for Defendant Orester Hollie
550 Gilbert Building
413 Waconta Street
St. Paul, MN 55101

DEC 02 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

**ORDER**

Pursuant to the above Stipulation of Dismissal with Prejudice, the above referenced matter is dismissed with prejudice and without costs or disbursements to any party.

Dated:

Judge of United States District Court

02L-0073